UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ANTUNEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNKNOWN, ) <br> ) <br> Respondent. ) <br> ) | Case No. CV 12-528 AHS(JC) <br><br><br> JUDGMENT |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED:   January 31, 2012

ALICEMARIE H. STOTLER
_____
HONORABLE ALICEMARIE H. STOTLER
SENIOR UNITED STATES DISTRICT JUDGE